# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Anne Carlsen Center for Children, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Government of the United States Virgin Islands, | ) | Case No. 1:04-cv-098 |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

This matter was scheduled to go to trial on October 11, 2005. However, on August 11, 2005, the Government of the United States Virgin Islands [hereinafter "the Virgin Islands"] filed a "Motion to Stay or in the Alternative for Enlargement of Time." The basis for the motion was that pending legislation would likely resolve matters.

On September 15, 2005, the court granted the Virgin Islands' "Motion to Stay or in the Alternative for Enlargement of Time" and rescheduled the trial for Tuesday, April 18, 2006.

Five months have since lapsed and it unclear what if any action the Virgin Islands' Legislature has taken on the pending legislation. Accordingly, the undersigned shall conduct a status conference with the parties on February 17, 2006, at 1:00 p.m. (Central Time) to discuss the posture of this case. Although the parties are not required to prepare and file a status report prior to the conference, they may submit materials updating the court of any legislative action or of their ongoing settlement efforts if they so wish. The conference shall be conducted by telephone conference call to be initiated by the court.

Dated this 14th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge