## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Anne Carlsen Center for Children, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Government of the United States | ) | |
| Virgin Islands, | ) | Case No. 1:04-cv-098 |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

The court shall hold a status conference with the parties on March 27, 2006, at 8:00 a.m.

CST.  The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge