**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Anne Carlsen Center for Children, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Government of the United States Virgin Islands, | ) | Case No. 1:04-cv-098 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation of Dismissal" filed by the plaintiff, Anne Carlsen Center for Children, and the defendant, Government of the United States, Virgin Islands, on May 8, 2006. The Court **ADOPTS** the stipulation. See Docket No. 41. The case shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2006.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court